# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | | | |
|---|---|---|---|
| In re: | BELCHER III, LESTER J. | § | Case No. 1:10-bk-29503 |
| | BELCHER, DEBORAH A | § | |
| | | § | |
| Debtor(s) | DEBORAH A. BELCHER | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zvi Guttman, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $706,368.00 | Assets Exempt: $32,197.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $134,883.47 | Claims Discharged Without Payment: $305,987.11 |
| Total Expenses of Administration: $86,625.63 | |

3) Total gross receipts of $268,171.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $46,662.08 (see **Exhibit 2**), yielded net receipts of $221,509.10 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 1,019,407.51 | 45,000.00 | 45,000.00 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 73,744.99 | 86,171.79 | 86,171.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 453.84 | 453.84 | 453.84 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 22,055.53 | 10,330.53 | 10,330.53 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 925,500.31 | 385,540.05 | 79,552.94 |
| **TOTAL DISBURSEMENTS** | **$0.00** | **$2,041,162.18** | **$527,496.21** | **$221,509.10** |

4)  This case was originally filed under Chapter 11 on 08/25/2010 and it was converted to Chapter 7 on 01/19/2012.  The case was pending for 34 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/17/2014            By: /s/ Zvi Guttman, Trustee
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Deed of Trust - Kristin Silva 710 | 1121-000 | 20,723.90 |
| Promisory Note-Security Agreement - Cornelius Ba | 1121-000 | 21,131.96 |
| Shot Town Investments LLC | 1129-000 | 129,451.14 |
| Quarterfield Knolls FFBA's | 1223-000 | 89,364.18 |
| Guttman v. SunTrust Bank(549 avoidance action | 1249-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$268,171.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lester Belcher, Jr. | Repayment of Loan made to Shot Town Investments, LLC per note dated 12/31/12 | 8500-002 | 46,662.08 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$46,662.08** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Suntrust Bank | 4110-000 | 0.00 | 93,599.25 | 0.00 | 0.00 |
| 4 | HSBC Bank USA, NA as Trustee for Wells Fargo Asset | 4110-000 | 0.00 | 709,355.60 | 0.00 | 0.00 |
| 15 | Developers Surety and Indemnity Company | 4110-000 | 0.00 | 210,600.00 | 45,000.00 | 45,000.00 |
| 2 | CarMax Auto Finance | 4210-000 | 0.00 | 5,852.66 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,019,407.51** | **$45,000.00** | **$45,000.00** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zvi Guttman, Trustee | 2100-000 | N/A | 14,325.46 | 14,325.46 | 14,325.46 |
| Zvi Guttman, Trustee | 2200-000 | N/A | 247.05 | 247.05 | 247.05 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 3210-600 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
|  | 3220-610 | N/A | 869.28 | 869.28 | 869.28 |
| Krista A. Boteler, CPA | 3410-000 | N/A | 2,125.00 | 2,125.00 | 2,125.00 |
| Larry Strauss, CPA, Esq. & Associates, Inc. | 3410-000 | N/A | 15,000.00 | 15,000.00 | 15,000.00 |
| Larry Strauss, CPA, Esq. & Associates, Inc. | 3410-000 | N/A | 0.00 | 2,213.00 | 2,213.00 |
| Larry Strauss, CPA, Esq. & Associates, Inc. | 3420-000 | N/A | 1,020.00 | 1,020.00 | 1,020.00 |
| Clerk of the Court for Anne Arundel County | 2700-000 | N/A | 0.00 | 0.00 | 0.00 |
| Clerk, U.S. Bankruptcy Court | 2700-000 | N/A | 586.00 | 586.00 | 586.00 |
| United States Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 975.00 | 975.00 | 975.00 |
| Insurance Partners Agency, Inc. | 2300-000 | N/A | 328.48 | 328.48 | 328.48 |
| Rabobank, N.A. | 2600-000 | N/A | 2,975.64 | 2,975.64 | 2,975.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 306.18 | 306.18 | 306.18 |
| The Law Offices of Zvi Guttman, P.A. | 3110-000 | N/A | 0.00 | 8,900.00 | 8,900.00 |
| The Law Offices of Zvi Guttman, P.A. | 3110-000 | N/A | 25,500.00 | 25,500.00 | 25,500.00 |
| The Law Offices of Zvi Guttman, P.A. | 3120-000 | N/A | 1,171.90 | 1,171.90 | 1,171.90 |
| The Law Offices of Zvi Guttman, P.A. | 3120-000 | N/A | 0.00 | 1,313.80 | 1,313.80 |
| Internal Revenue Service | 2810-000 | N/A | 1,584.00 | 1,584.00 | 1,584.00 |
| Clerk of the Court for Anne Arundel County | 2820-000 | N/A | 0.00 | 0.00 | 0.00 |
| Comptroller of Maryland | 2820-000 | N/A | 1,731.00 | 1,731.00 | 1,731.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | **N/A** | | **$73,744.99** | **$86,171.79** | **$86,171.79** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 6810-000 | N/A | 453.84 | 453.84 | 453.84 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | **N/A** | | **$453.84** | **$453.84** | **$453.84** |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Internal Revenue Service | 5800-000 | 0.00 | 10,330.53 | 10,330.53 | 10,330.53 |
| 9 | Comptroller of the Treasury | 5800-000 | 0.00 | 11,725.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$22,055.53** | **$10,330.53** | **$10,330.53** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Discover Bank | 7100-000 | 0.00 | 4,847.84 | 4,847.84 | 1,000.32 |
| 6 | Chase Bank USA NA | 7100-000 | 0.00 | 4,140.35 | 4,140.35 | 854.33 |
| 7 | Asset Acceptance LLC | 7100-000 | 0.00 | 794.89 | 0.00 | 0.00 |
| 8 | Bank Annapolis | 7100-000 | 0.00 | 298,995.37 | 0.00 | 0.00 |
| 10 | Ed Brown & Assoc. | 7100-000 | 0.00 | 4,279.25 | 4,279.25 | 882.99 |
| 11 | Ed Brown & Assoc. | 7100-000 | 0.00 | 1,278.75 | 1,278.75 | 263.86 |
| 12 | Ed Brown & Assoc. | 7100-000 | 0.00 | 108,882.50 | 108,882.50 | 22,466.98 |
| 14 | Anne Arundel County, Maryland | 7100-000 | 0.00 | 215,245.00 | 0.00 | 0.00 |
| 15 | Developers Surety and Indemnity Company | 7100-000 | 0.00 | 253,289.36 | 208,289.36 | 42,978.75 |
| 16 | NVR, Inc. d/b/a Ryan Homes | 7100-000 | 0.00 | 33,747.00 | 53,822.00 | 11,105.71 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$925,500.31** | **$385,540.05** | **$79,552.94** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 1

| Case Number: | 10-29503-JS JFS | Trustee: | Zvi Guttman, Trustee |
|---|---|---|---|
| Case Name: | BELCHER III, LESTER J. | Filed (f) or Converted (c): | 01/19/12 (c) |
| | BELCHER, DEBORAH A | §341(a) Meeting Date: | 02/28/12 |
| Period Ending: | 11/17/14 | Claims Bar Date: | 05/29/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Asset administered pre-conversion Original asset-two lots in Cape St. Claire | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Asset administered pre-conversion Original asset-1041 St. Margarets Dr. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | 1441 Shot Town Road | 700,000.00 | 0.00 | | 0.00 | FA |
| 4 | Asset administered pre-conversion Other: two lots in Cape St. Claire, 1263 and 126 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Asset administered pre-conversion 1041 St. Margarets' | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Cash: Cash on Hand | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Bank Account: Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Bank Account: M & T Bank Checking Account #98519 | 5,900.00 | 0.00 | | 0.00 | FA |
| 9 | Furniture: Ashley green sofa | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Furniture: Ashley green loveseat | 150.00 | 0.00 | | 0.00 | FA |
| 11 | Furniture: white brocade sofa | 300.00 | 0.00 | | 0.00 | FA |
| 12 | Furniture: white brocade loveseat | 150.00 | 0.00 | | 0.00 | FA |
| 13 | Audio-Video: 46 LCD tv | 450.00 | 0.00 | | 0.00 | FA |
| 14 | Audio-Video: 27 lcd TV | 200.00 | 0.00 | | 0.00 | FA |
| 15 | Furniture: King size Iron bed frame | 200.00 | 0.00 | | 0.00 | FA |
| 16 | Furniture: 2 oak dressers | 60.00 | 0.00 | | 0.00 | FA |
| 17 | Furniture: Coffee table | 50.00 | 0.00 | | 0.00 | FA |
| 18 | Furniture: Black queen bedroom set | 200.00 | 0.00 | | 0.00 | FA |
| 19 | Furniture: black bookcase | 15.00 | 0.00 | | 0.00 | FA |
| 20 | Furniture: Farm Table and chairs | 400.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 2

| Case Number: | 10-29503-JS JFS | Trustee: | Zvi Guttman, Trustee |
|---|---|---|---|
| Case Name: | BELCHER III, LESTER J. | Filed (f) or Converted (c): | 01/19/12 (c) |
| | BELCHER, DEBORAH A | §341(a) Meeting Date: | 02/28/12 |
| Period Ending: | 11/17/14 | Claims Bar Date: | 05/29/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21 | Furniture: Table and eight chairs | 600.00 | 0.00 | | 0.00 | FA |
| 22 | Furniture: Oak Cabinet | 50.00 | 0.00 | | 0.00 | FA |
| 23 | Furniture: Oak TV Armoire and matching bookcase | 300.00 | 0.00 | | 0.00 | FA |
| 24 | Furniture: Wicker Loveseat | 50.00 | 0.00 | | 0.00 | FA |
| 25 | Furniture: Sofa and matching chair | 150.00 | 0.00 | | 0.00 | FA |
| 26 | Furniture: Recliner (Gold) | 25.00 | 0.00 | | 0.00 | FA |
| 27 | Household: Misc. kitchen items, pots, pans, dish | 275.00 | 0.00 | | 0.00 | FA |
| 28 | Household: Sheets, blankets, towels | 200.00 | 0.00 | | 0.00 | FA |
| 29 | Furniture: Oak dresser/sideboard | 20.00 | 0.00 | | 0.00 | FA |
| 30 | Appliances: washer | 250.00 | 0.00 | | 0.00 | FA |
| 31 | Appliances: Dryer | 250.00 | 0.00 | | 0.00 | FA |
| 32 | Appliances: 2 freezers | 500.00 | 0.00 | | 0.00 | FA |
| 33 | Appliances: two green lamps | 30.00 | 0.00 | | 0.00 | FA |
| 34 | Office: 3 computers | 200.00 | 0.00 | | 0.00 | FA |
| 35 | Audio-Video: Sony Video camera | 300.00 | 0.00 | | 0.00 | FA |
| 36 | Audio-Video: JVC DVD | 100.00 | 0.00 | | 0.00 | FA |
| 37 | Audio-Video: 2 Dennon Sound systems | 300.00 | 0.00 | | 0.00 | FA |
| 38 | Furniture: China Cabinet | 100.00 | 0.00 | | 0.00 | FA |
| 39 | Furniture: TV stand | 100.00 | 0.00 | | 0.00 | FA |
| 40 | Furniture: Oak Chest | 50.00 | 0.00 | | 0.00 | FA |
| 41 | Furniture: Maple Chest | 20.00 | 0.00 | | 0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 3

| Case Number: | 10-29503-JS JFS | Trustee: | Zvi Guttman, Trustee |
|---|---|---|---|
| Case Name: | BELCHER III, LESTER J. | Filed (f) or Converted (c): | 01/19/12 (c) |
| | BELCHER, DEBORAH A | §341(a) Meeting Date: | 02/28/12 |
| Period Ending: | 11/17/14 | Claims Bar Date: | 05/29/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 42 | Furniture: Blue Maple Dresser | 20.00 | 0.00 | | 0.00 | FA |
| 43 | Audio-Video: Cannon 4.0 mp Digital Camera | 50.00 | 0.00 | | 0.00 | FA |
| 44 | Office: Wooden File Cabinet | 20.00 | 0.00 | | 0.00 | FA |
| 45 | Office: Small Oak file cabinet | 20.00 | 0.00 | | 0.00 | FA |
| 46 | Furniture: end table | 10.00 | 0.00 | | 0.00 | FA |
| 47 | Furniture: 18 square oak table | 20.00 | 0.00 | | 0.00 | FA |
| 48 | Furniture: Antique Oak rocker | 50.00 | 0.00 | | 0.00 | FA |
| 49 | Furniture: Outdoor Glass Table with 6 chairs | 150.00 | 0.00 | | 0.00 | FA |
| 50 | Office: HP 2601 Printer | 50.00 | 50.00 | | 0.00 | FA |
| 51 | Books-Music: misc. books | 300.00 | 0.00 | | 0.00 | FA |
| 52 | Books-Music: misc. music | 150.00 | 0.00 | | 0.00 | FA |
| 53 | Collectibles: Steins | 200.00 | 0.00 | | 0.00 | FA |
| 54 | Collectibles: Painting of Capital | 400.00 | 0.00 | | 0.00 | FA |
| 55 | Collectibles: Antique trunk | 50.00 | 0.00 | | 0.00 | FA |
| 56 | Collectibles: Antique Oak Desk with brass inkwel | 60.00 | 0.00 | | 0.00 | FA |
| 57 | Asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 58 | Collectibles: Framed Photos of Annapolis | 100.00 | 0.00 | | 0.00 | FA |
| 59 | Clothes: Misc. clothes | 300.00 | 0.00 | | 0.00 | FA |
| 60 | Clothes: Misc. clothes | 300.00 | 0.00 | | 0.00 | FA |
| 61 | Wedding Ring: Grandmothers gold wedding band | 100.00 | 0.00 | | 0.00 | FA |
| 62 | Jewelry: Tanzanite Necklace | 600.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 4

| Case Number: | 10-29503-JS JFS | Trustee: | Zvi Guttman, Trustee |
| Case Name: | BELCHER III, LESTER J. | Filed (f) or Converted (c): | 01/19/12 (c) |
| | BELCHER, DEBORAH A | §341(a) Meeting Date: | 02/28/12 |
| Period Ending: | 11/17/14 | Claims Bar Date: | 05/29/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 63 | Jewelry: 8K tanzanite necklace | 2,000.00 | 0.00 | | 0.00 | FA |
| 64 | Trade Tools: Misc. tools | 200.00 | 0.00 | | 0.00 | FA |
| 65 | Trade Tools: Building supplies | 200.00 | 0.00 | | 0.00 | FA |
| 66 | Trade Tools: Misc. Lumber and building materials | 200.00 | 0.00 | | 0.00 | FA |
| 67 | Shot Town Investments LLC | 100,000.00 | 120,000.00 | | 129,451.14 | FA |
| 68 | Financial Account: Cash Management Account with | 0.00 | 0.00 | | 0.00 | FA |
| 69 | Deed of Trust - Kristin Silva 710 (see footnote) | 25,000.00 | 25,000.00 | | 20,723.90 | FA |
| 70 | Asset imported in error | 0.00 | 0.00 | | 0.00 | FA |
| 71 | Promisory Note-Security Agreement - Cornelius Ba | 25,000.00 | 25,000.00 | | 21,131.96 | FA |
| 72 | Asset Imported in Error | 0.00 | 0.00 | | 0.00 | FA |
| 73 | Auto: 2005 Honda Pilot | 12,000.00 | 0.00 | | 0.00 | FA |
| 74 | Auto: 2001 Ford F150 | 3,000.00 | 0.00 | | 0.00 | FA |
| 75 | Asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 76 | Asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 77 | Auto: 1992 Isuzu Rodeo | 500.00 | 0.00 | | 0.00 | FA |
| 78 | Fun Vehicle: 2005 Wilderness travel trailer | 4,000.00 | 0.00 | | 0.00 | FA |
| 79 | Trade Tools: Two metal desks | 100.00 | 0.00 | | 0.00 | FA |
| 80 | Office: Okidata Printer | 150.00 | 0.00 | | 0.00 | FA |
| 81 | Animals: 3 Buff Orpintons, 7 Rhode Island Reds, | 150.00 | 0.00 | | 0.00 | FA |
| 82 | Other: Misc. Christmas Decorations | 200.00 | 0.00 | | 0.00 | FA |
| 83 | Other: Misc. artificial plants | 20.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 5

| Case Number: | 10-29503-JS JFS | Trustee: | Zvi Guttman, Trustee |
|---|---|---|---|
| Case Name: | BELCHER III, LESTER J. | Filed (f) or Converted (c): | 01/19/12 (c) |
| | BELCHER, DEBORAH A | §341(a) Meeting Date: | 02/28/12 |
| Period Ending: | 11/17/14 | Claims Bar Date: | 05/29/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 84 | Other: 9 Ft. Outdoor Umbrella | 50.00 | 0.00 | | 0.00 | FA |
| 85 | Other: Plastic Wicker four piece set | 100.00 | 0.00 | | 0.00 | FA |
| 86 | Other: Chicken Coop | 200.00 | 0.00 | | 0.00 | FA |
| 87 | Other: Misc. Chicken equipment | 100.00 | 0.00 | | 0.00 | FA |
| 88 | Quarterfield Knolls FFBA's (u) Sale of this asset closed on 1/13/2014 for $35,000. | Unknown | 50,000.00 | | 89,364.18 | FA |
| 89 | Guttman v. SunTrust Bank(549 avoidance action (u) | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$896,065.00** | **$227,550.00** | | **$268,171.18** | **$0.00** |

Regarding Property #69   The Debtors Amended Schedules {p. 146] have made a non-substantive change to the name of this asset.

**Major activities affecting case closing:**
The Trustee has recently sold the remaining asset of the estate. The Trustee anticipates resolving several objectionable claims and proceeding to a TFR.

**Initial Projected Date of Final Report (TFR):** December 31, 2013          **Current Projected Date of Final Report (TFR):** June 27, 2014 (Actual)

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 1

| Case Number: | 10-29503-JS JFS | Trustee: | Zvi Guttman, Trustee |
|---|---|---|---|
| Case Name: | BELCHER III, LESTER J. | Bank Name: | The Bank of New York Mellon |
| | BELCHER, DEBORAH A | Account: | **********8766 - Checking |
| Taxpayer ID#: | *****3855 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 11/17/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/16/12 | Asset #69 | Kristi Abrahamson Silva | Mortgage Payment | 1121-000 | 524.00 | | 524.00 |
| 06/13/12 | Asset #69 | Kristin Abrahamson Silva | Payoff of Note | 1121-000 | 19,151.90 | | 19,675.90 |
| 06/27/12 | | Quarterfield Knolls, LLC | LIquidation of Bank Annapolis bank account | | 5,892.00 | | 25,567.90 |
| 06/27/12 | Asset #88 | | 2,479.74 | 1223-000 | | | 25,567.90 |
| 06/27/12 | Asset #88 | | Terry Neville-8001 Brandi Way    650.00 | 1223-000 | | | 25,567.90 |
| 06/27/12 | Asset #88 | | Pacaanas-7904 Logan Run    1,300.00 | 1223-000 | | | 25,567.90 |
| 06/27/12 | Asset #88 | | Anita Jackson-8002 Brandi Way    1,462.26 | 1223-000 | | | 25,567.90 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 25,542.90 |
| 07/16/12 | Asset #69 | Deborah A. Belcher Lester J Belcher III debtor in possession | Silva Loan Balance | 1121-000 | 1,048.00 | | 26,590.90 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.83 | 26,534.07 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.18 | 26,477.89 |
| 09/27/12 | Asset #67 | Miller & Castillo Property Investments, LLC | Extension fee (1st of 2) for money due under promissory note | 1129-000 | 600.00 | | 27,077.89 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.63 | 27,027.26 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.92 | 26,966.34 |
| 11/08/12 | 101 | Internal Revenue Service | Form 1041-2010/EIN37-6513855 | 2810-000 | | 1,584.00 | 25,382.34 |
| 11/08/12 | 102 | Comptroller of Maryland | Form 504-Tax Year 2010-EIN 37-6513855 | 2820-000 | | 1,731.00 | 23,651.34 |
| 11/23/12 | Asset #89 | SunTrust Bank | Settlement of 549 avoidance action (Guttman v. SunTrust Bank, Adv. Proc. No. 12-00464) per Order entered 8/15/12 | 1249-000 | 7,500.00 | | 31,151.34 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.62 | 31,094.72 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 2

| Case Number: | 10-29503-JS JFS | Trustee: | Zvi Guttman, Trustee |
|---|---|---|---|
| Case Name: | BELCHER III, LESTER J. | Bank Name: | The Bank of New York Mellon |
| | BELCHER, DEBORAH A | Account: | **********8766 - Checking |
| Taxpayer ID#: | *****3855 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 11/17/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/18/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001040031088<br>20121218 | 9999-000 | | 31,094.72 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | **34,715.90** | **34,715.90** | **$0.00** |
| Less: Bank Transfers | 0.00 | 31,094.72 | |
| **Subtotal** | **34,715.90** | **3,621.18** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$34,715.90** | **$3,621.18** | |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 3

| | | |
|---|---|---|
| **Case Number:** | 10-29503-JS JFS | |
| **Case Name:** | BELCHER III, LESTER J. | |
| | BELCHER, DEBORAH A | |
| **Taxpayer ID#:** | *****3855 | |
| **Period Ending:** | 11/17/14 | |

| | |
|---|---|
| **Trustee:** | Zvi Guttman, Trustee |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | **********8767 - Checking |
| **Blanket Bond:** | $2,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/16/12 | Asset #88 | Jeffrey J Lenning | 7906 Logan Run | 1223-000 | 650.00 | | 650.00 |
| 07/16/12 | Asset #88 | Jiya Zhong | 7907 Logan Run | 1223-000 | 650.00 | | 1,300.00 |
| 07/16/12 | Asset #88 | George W. Goodwyn | 8005 Brandi Way-Lot No. 3 | 1223-000 | 650.00 | | 1,950.00 |
| 07/23/12 | Asset #88 | James M. Wenger | 7908 Logan Run | 1223-000 | 9,300.00 | | 11,250.00 |
| 08/27/12 | Asset #88 | Joanne D. Zinnert | 8004 Brandi Way | 1223-000 | 650.00 | | 11,900.00 |
| 12/03/12 | Asset #88 | Charles R. Johansson | 7903 Logan Run | 1223-000 | 2,622.18 | | 14,522.18 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001040031088 20121218 | 9999-000 | | 14,522.18 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **14,522.18** | **14,522.18** | **$0.00** |
| Less: Bank Transfers | 0.00 | 14,522.18 | |
| **Subtotal** | **14,522.18** | **0.00** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$14,522.18** | **$0.00** | |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 4

| Case Number: | 10-29503-JS JFS | Trustee: | Zvi Guttman, Trustee |
|---|---|---|---|
| Case Name: | BELCHER III, LESTER J. | Bank Name: | Rabobank, N.A. |
| | BELCHER, DEBORAH A | Account: | ******3566 - Checking |
| Taxpayer ID#: | *****3855 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 11/17/14 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | | -31,094.72 | 31,094.72 |
| 12/24/12 | Asset #67 | Miller & Castillo Property Investments, LLC | Extension fee (2nd of 3) for money due under promissory note | 1129-000 | 600.00 | | 31,694.72 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.71 | 31,653.01 |
| 01/24/13 | Asset #71 | M&T Bank | Guttman v. Barrett , Adv Proc No 12-00500-jfs-turnover of  garnished funds per judgment | 1121-000 | 4,000.00 | | 35,653.01 |
| 01/31/13 | Asset #67 | Miller & Castillo Property Investments, LLC | Satisfaction of Deed of Trust Note | 1129-000 | 128,251.14 | | 163,904.15 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.22 | 163,852.93 |
| 02/18/13 | Asset #71 | Wells Fargo Bank, N.A. | Guttman v. Barrett , Adv Proc No 12-00500-jfs-turnover of  garnished funds per judgment | 1121-000 | 17,131.96 | | 180,984.89 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 227.35 | 180,757.54 |
| 03/04/13 | 10103 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2013 FOR CASE #10-29503-JS, Bond No. 8215-38-68 Term: 3/1/13-3/1/14 | 2300-000 | | 158.94 | 180,598.60 |
| 03/12/13 | Asset #88 | Jeffrey J. Lenning | FFBA 2013 Assessment-7906 Logan Run | 1223-000 | 650.00 | | 181,248.60 |
| 03/14/13 | 10104 | Lester Belcher, Jr. | Repayment of Loan made  to Shot Town Investments, LLC per note dated 12/31/12; Voided on 03/14/2013 | 8500-002 | | 46,620.42 | 134,628.18 |
| 03/14/13 | 10104 | Lester Belcher, Jr. | Repayment of Loan made  to Shot Town Investments, LLC per note dated 12/31/12; Check issued on 03/14/2013 | 8500-002 | | -46,620.42 | 181,248.60 |
| 03/14/13 | 10105 | Internal Revenue Service | 2010 Principal and Interest (EIN 37-6513855) | 6810-000 | | 453.84 | 180,794.76 |
| 03/14/13 | 10106 | Lester Belcher, Jr. | Repayment of Loan made  to Shot Town Investments, LLC per note dated 12/31/12 | 8500-002 | | 46,662.08 | 134,132.68 |
| 03/22/13 | Asset #88 | The Law Office of Dawn D. Barnett, LLC | Payment #1-DeJesus-8003 Brandi Way | 1223-000 | 1,000.00 | | 135,132.68 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 5

| Case Number: | 10-29503-JS JFS | Trustee: | Zvi Guttman, Trustee |
|---|---|---|---|
| Case Name: | BELCHER III, LESTER J. | Bank Name: | Rabobank, N.A. |
| | BELCHER, DEBORAH A | Account: | ******3566 - Checking |
| Taxpayer ID#: | *****3855 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 11/17/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 227.14 | 134,905.54 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.97 | 134,698.57 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.20 | 134,498.37 |
| 06/05/13 | | To Account #5000853567 | 3/12/13 FFBA payment for 2013 assessment 7906 Logan Run (Lenning) | 9999-000 | | 650.00 | 133,848.37 |
| 06/05/13 | | To Account #5000853567 | Payment #1-DeJesus-8003 Brandi Way FFBA (made 3/22/13) | 9999-000 | | 1,000.00 | 132,848.37 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.73 | 132,669.64 |
| 07/09/13 | 10107 | James C. Olson, Esq. | Payment of Fees ($5000) and Expenses ($869.28) to Special Counsel for Trustee for Period 11/8/12-5/31/13 per Order entered 7/8/13 [P. 153] | | | 5,869.28 | 126,800.36 |
| 07/09/13 | | | Special Counsel Expenses                869.28 | 3220-610 | | | 126,800.36 |
| 07/09/13 | | | Special Counsel Fees                5,000.00 | 3210-600 | | | 126,800.36 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.55 | 126,595.81 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.08 | 126,413.73 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.76 | 126,237.97 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.74 | 126,038.23 |
| 11/06/13 | 10108 | Larry Strauss, CPA, Esq. & Associates, Inc. | Dkt. 159 | 3410-000 | | 15,000.00 | 111,038.23 |
| 11/06/13 | 10109 | Larry Strauss, CPA, Esq. & Associates, Inc. | Dkt. 159 | 3420-000 | | 1,020.00 | 110,018.23 |
| 11/06/13 | 10110 | The Law Offices of Zvi Guttman, P.A. | Dkt 160 | 3110-000 | | 25,500.00 | 84,518.23 |
| 11/06/13 | 10111 | The Law Offices of Zvi Guttman, P.A. | Dkt. 160 | 3120-000 | | 1,171.90 | 83,346.33 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.26 | 83,218.07 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 6

| Case Number: | 10-29503-JS JFS | Trustee: | Zvi Guttman, Trustee |
|---|---|---|---|
| Case Name: | BELCHER III, LESTER J. | Bank Name: | Rabobank, N.A. |
| | BELCHER, DEBORAH A | Account: | ******3566 - Checking |
| Taxpayer ID#: | *****3855 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 11/17/14 | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.35 | 83,084.72 |
| 01/13/14 | 10112 | Clerk of the Court for Anne Arundel County | Deed recordation fee; Voided on 01/22/2014 | 2700-000 | | 60.00 | 83,024.72 |
| 01/13/14 | 10113 | Clerk of the Court for Anne Arundel County | Transfer Tax; Voided on 01/22/2014 | 2820-000 | | 525.00 | 82,499.72 |
| 01/22/14 | 10112 | Clerk of the Court for Anne Arundel County | Deed recordation fee; Check issued on 01/13/2014 | 2700-000 | | -60.00 | 82,559.72 |
| 01/22/14 | 10113 | Clerk of the Court for Anne Arundel County | Transfer Tax; Check issued on 01/13/2014 | 2820-000 | | -525.00 | 83,084.72 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.67 | 82,927.05 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.38 | 82,771.67 |
| 03/14/14 | 10114 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2014 FOR CASE #10-29503-JS, Bond No. 8215-38-68 Term: 3/1/14-3/1/45 | 2300-000 | | 169.54 | 82,602.13 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.22 | 82,440.91 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.85 | 82,263.06 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.46 | 82,096.60 |
| 06/02/14 | 10115 | Krista A. Boteler, CPA | Payment for  Accounting Services per Invoice #3386 ($1975-Quarterfield Knolls)  and Invoice #3428($150-Shot Town Investments LLC) | 3410-000 | | 2,125.00 | 79,971.60 |
| 09/19/14 | | From Account #5000853567 | Closeout to do Final Distirbution per Order entered 9/18/14 | 9999-000 | | -83,472.18 | 163,443.78 |
| 09/19/14 | 10116 | Developers Surety and Indemnity Company | Dividend Paid: 100.00% on $45,000.00 Claim No.: 15S | 4110-000 | | 45,000.00 | 118,443.78 |
| 09/19/14 | 10117 | Clerk, U.S. Bankruptcy Court | Dividend paid 100.00% on $586.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 586.00 | 117,857.78 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 7

| Case Number: | 10-29503-JS JFS | Trustee: | Zvi Guttman, Trustee |
|---|---|---|---|
| Case Name: | BELCHER III, LESTER J. | Bank Name: | Rabobank, N.A. |
| | BELCHER, DEBORAH A | Account: | ******3566 - Checking |
| Taxpayer ID#: | *****3855 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 11/17/14 | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/19/14 | 10118 | Zvi Guttman, Trustee | Dividend paid 100.00% on $14,325.46, Trustee Compensation;  Reference: | 2100-000 | | 14,325.46 | 103,532.32 |
| 09/19/14 | 10119 | The Law Offices of Zvi Guttman, P.A. | Dividend paid 100.00% on $8,900.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 8,900.00 | 94,632.32 |
| 09/19/14 | 10120 | The Law Offices of Zvi Guttman, P.A. | Dividend paid 100.00% on $1,313.80, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 1,313.80 | 93,318.52 |
| 09/19/14 | 10121 | Zvi Guttman, Trustee | Dividend paid 100.00% $247.05, Trustee Expenses;  Reference: | 2200-000 | | 247.05 | 93,071.47 |
| 09/19/14 | 10122 | Larry Strauss, CPA, Esq. & Associates, Inc. | Dividend paid 100.00% on $2,213.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,213.00 | 90,858.47 |
| 09/19/14 | 10123 | United States Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $975.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 975.00 | 89,883.47 |
| 09/19/14 | 10124 | Internal Revenue Service | Dividend Paid: 100.00% on $10,330.53 Claim No.: 5 | 5800-000 | | 10,330.53 | 79,552.94 |
| 09/19/14 | 10125 | Discover Bank | Dividend Paid:  20.63% on $4,847.84 Claim No.: 3 | 7100-000 | | 1,000.32 | 78,552.62 |
| 09/19/14 | 10126 | Chase Bank USA NA | Dividend Paid:  20.63% on $4,140.35 Claim No.: 6 | 7100-000 | | 854.33 | 77,698.29 |
| 09/19/14 | 10127 | Ed Brown & Assoc. | Dividend Paid:  20.63% on $4,279.25 Claim No.: 10 | 7100-000 | | 882.99 | 76,815.30 |
| 09/19/14 | 10128 | Ed Brown & Assoc. | Dividend Paid:  20.63% on $1,278.75 Claim No.: 11 | 7100-000 | | 263.86 | 76,551.44 |
| 09/19/14 | 10129 | Ed Brown & Assoc. | Dividend Paid:  20.63% on $108,882.50 Claim No.: 12 | 7100-000 | | 22,466.98 | 54,084.46 |
| 09/19/14 | 10130 | Developers Surety and Indemnity Company | Dividend Paid:  20.63% on $208,289.36 Claim No.: 15U | 7100-000 | | 42,978.75 | 11,105.71 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 8

| | | |
|---|---|---|
| **Case Number:** | 10-29503-JS JFS | |
| **Case Name:** | BELCHER III, LESTER J. | |
| | BELCHER, DEBORAH A | |
| **Taxpayer ID#:** | *****3855 | |
| **Period Ending:** | 11/17/14 | |

| | |
|---|---|
| **Trustee:** | Zvi Guttman, Trustee |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******3566 - Checking |
| **Blanket Bond:** | $2,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/19/14 | 10131 | NVR, Inc. d/b/a Ryan Homes | Dividend Paid:  20.63% on $53,822.00 Claim No.: 16 | 7100-000 | | 11,105.71 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **151,633.10** | **151,633.10** | **$0.00** |
| Less: Bank Transfers | 0.00 | -112,916.90 | |
| **Subtotal** | **151,633.10** | **264,550.00** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$151,633.10** | **$264,550.00** | |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 9

| Case Number: | 10-29503-JS JFS | Trustee: | Zvi Guttman, Trustee |
|---|---|---|---|
| Case Name: | BELCHER III, LESTER J. | Bank Name: | Rabobank, N.A. |
| | BELCHER, DEBORAH A | Account: | ******3567 - Checking |
| Taxpayer ID#: | *****3855 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 11/17/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | | -14,522.18 | 14,522.18 |
| 01/09/13 | Asset #88 | Terry D. Neville Or | 8001 Brandi Way , Lot No. 1-2013 Assessment | 1223-000 | 650.00 | | 15,172.18 |
| 01/15/13 | Asset #88 | Jiya Zhong | 2013 for 7907 LOGAN RUN | 1223-000 | 650.00 | | 15,822.18 |
| 01/24/13 | Asset #88 | Anita C. Jackson | 8002 Brandi Way-2013 | 1223-000 | 650.00 | | 16,472.18 |
| 01/24/13 | Asset #88 | Joanne D. Zinnert | 8004 Brandi Way-2013 | 1223-000 | 650.00 | | 17,122.18 |
| 02/04/13 | Asset #88 | Diana M. Moreno | February payment per Settlement Agreement-7905 Logan Run | 1223-000 | 500.00 | | 17,622.18 |
| 02/04/13 | Asset #88 | Diana M. Moreno | Initial payment per Settlement Agreement-7905 Logan Run | 1223-000 | 3,000.00 | | 20,622.18 |
| 02/06/13 | Asset #88 | George W. Goodwyn | 2013 assessment-8005 Brandi Way | 1223-000 | 650.00 | | 21,272.18 |
| 02/25/13 | Asset #88 | Diana M. Moreno | FFBA Payment-7905 Logan Run | 1223-000 | 500.00 | | 21,772.18 |
| 02/25/13 | Asset #88 | Robert Manikas | 2013 payment-7903 Logan Run | 1223-000 | 650.00 | | 22,422.18 |
| 03/08/13 | Asset #88 | Rebecca Pacaanas | 2013 FFBA-7904 Logan Run | 1223-000 | 650.00 | | 23,072.18 |
| 03/29/13 | Asset #88 | Diana M. Moreno | FFBA Payment-7905 Logan Run | 1223-000 | 500.00 | | 23,572.18 |
| 04/11/13 | Asset #88 | Jennifer L. Hare | 7902 Logan Run | 1223-000 | 1,000.00 | | 24,572.18 |
| 04/11/13 | Asset #88 | Joseph H. Rouse | Hare-Schmitz-7902 Logan Run | 1223-000 | 3,000.00 | | 27,572.18 |
| 04/11/13 | Asset #88 | The Law Office of Dawn D. Barnett LLC | Lisa DeJesus-8003 Brandi Way (2 months payment through May) | 1223-000 | 2,000.00 | | 29,572.18 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 10

| Case Number: | 10-29503-JS JFS | Trustee: | Zvi Guttman, Trustee |
|---|---|---|---|
| Case Name: | BELCHER III, LESTER J. | Bank Name: | Rabobank, N.A. |
| | BELCHER, DEBORAH A | Account: | ******3567 - Checking |
| Taxpayer ID#: | *****3855 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 11/17/14 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/13 | Asset #88 | Diana M. Moreno | FFBA Payment-7905 Logan Run | 1223-000 | 500.00 | | 30,072.18 |
| 05/03/13 | Asset #88 | Jennifer L. Hare | 7902 Logan Run-1st Installment | 1223-000 | 500.00 | | 30,572.18 |
| 05/29/13 | Asset #88 | Diana M. Moreno | FFBA Payment-7905 Logan Run | 1223-000 | 500.00 | | 31,072.18 |
| 06/05/13 | | From Account #5000853566 | 3/12/13 FFBA payment for 2013 assessment 7906 Logan Run (Lenning) | 9999-000 | | -650.00 | 31,722.18 |
| 06/05/13 | | From Account #5000853566 | Payment #1-DeJesus-8003 Brandi Way FFBA (made 3/22/13) | 9999-000 | | -1,000.00 | 32,722.18 |
| 06/21/13 | Asset #88 | Soundproofing Plus Inc. | 8004 Brandi Way -Zinnert | 1223-000 | 405.00 | | 33,127.18 |
| 06/26/13 | Asset #88 | Diana M. Moreno | FFBA payment-7905 Logan Run | 1223-000 | 500.00 | | 33,627.18 |
| 06/27/13 | Asset #88 | Soundproofing Plus Inc. | Reversed Deposit 100018 1 8004 Brandi Way -Zinnert | 1223-000 | -405.00 | | 33,222.18 |
| 07/02/13 | Asset #88 | Ms. Jennifer Miller | July payment-7902 Logan Run | 1223-000 | 500.00 | | 33,722.18 |
| 07/02/13 | Asset #88 | Ms. Jennifer Miller | June payment-7902 Logan Run | 1223-000 | 500.00 | | 34,222.18 |
| 07/05/13 | Asset #88 | The Law Office of Dawn D. Barnett, LLC | Lisa DeJesus-8003 Brandi Way | 1223-000 | 1,900.00 | | 36,122.18 |
| 07/29/13 | Asset #88 | Diana M. Moreno | FFBA Payment-7905 Logan Run | 1223-000 | 3,000.00 | | 39,122.18 |
| 08/05/13 | Asset #88 | Jennifer L. Hare | August payment-7902 Logan Run | 1223-000 | 500.00 | | 39,622.18 |
| 09/10/13 | Asset #88 | Jennifer L. Hare | Final payment-7902 Logan Run | 1223-000 | 3,000.00 | | 42,622.18 |
| 12/13/13 | | Choung Chav | Earnest Money Deposit-Purchase of FFBA's | 1280-000 | 2,500.00 | | 45,122.18 |
| 12/13/13 | | Choung Chav | Earnest Money Deposit-Purchase of FFBA"s | 1280-000 | 2,500.00 | | 47,622.18 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 11

| Case Number: | 10-29503-JS JFS | | Trustee: | Zvi Guttman, Trustee |
|---|---|---|---|---|
| Case Name: | BELCHER III, LESTER J. | | Bank Name: | Rabobank, N.A. |
| | BELCHER, DEBORAH A | | Account: | ******3567 - Checking |
| Taxpayer ID#: | *****3855 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 11/17/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/13 | | To Account #5007499766 | Choung Chav Bid Offer Deposit | 9999-000 | | 5,000.00 | 42,622.18 |
| 12/24/13 | Asset #88 | Terry D. Neville or | FFBA payment for 2014-8001 Brandi Way | 1223-000 | 650.00 | | 43,272.18 |
| 12/30/13 | Asset #88 | Jiya Zhong | FFBA 2014-7907 Logan Run | 1223-000 | 650.00 | | 43,922.18 |
| 01/08/14 | | From Account #5007499766 | Transfer of FFBA payments for 2014 payments (Goodwyn-8005 Brandi Way & Zinnert-8004 Brandi Way) | 9999-000 | | -1,300.00 | 45,222.18 |
| 01/09/14 | Asset #88 | Anita C. Jackson | 2014 payment-8002 Brandi Way | 1223-000 | 650.00 | | 45,872.18 |
| 01/13/14 | Asset #88 | Robert Manikas | 2014 FFBA payment-7903 Logan Run | 1223-000 | 650.00 | | 46,522.18 |
| 01/14/14 | | From Account #5007499766 | Transfer of Purchase price from Earnest Money Escrow | 9999-000 | | -35,000.00 | 81,522.18 |
| 01/22/14 | Asset #88 | Jeffrey J Lenning | 2014 FFBA payment-7906 Logan Run | 1223-000 | 650.00 | | 82,172.18 |
| 01/22/14 | Asset #88 | Lisa F DeJesus | 2014 FFBA payment-8003 Brandi Way | 1223-000 | 650.00 | | 82,822.18 |
| 03/07/14 | Asset #88 | Rebecca Pacaanas | 2014 FFBA Payment-7904 Logan Run | 1223-000 | 650.00 | | 83,472.18 |
| 09/19/14 | | To Account #5000853566 | Closeout to do Final Distirbution per Order entered 9/18/14 | 9999-000 | | 83,472.18 | 0.00 |

|  |  | ACCOUNT TOTALS | 36,000.00 | 36,000.00 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 36,000.00 | |
|  |  | **Subtotal** | 36,000.00 | 0.00 | |
|  |  | Less: Payment to Debtors | 0.00 | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$36,000.00** | **$0.00** | |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 12

| Case Number: | 10-29503-JS JFS | Trustee: | Zvi Guttman, Trustee |
|---|---|---|---|
| Case Name: | BELCHER III, LESTER J. | Bank Name: | Rabobank, N.A. |
| | BELCHER, DEBORAH A | Account: | ******9766 - Checking |
| Taxpayer ID#: | *****3855 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 11/17/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/13 | | From Account #5000853567 | Choung Chav Bid Offer Deposit | 9999-000 | | -5,000.00 | 5,000.00 |
| 12/24/13 | Asset #88 | Marcel Capital I, LLC | Earnest Money Deposit-Purchase of FFBA's (Bidder 2) | 1223-000 | 5,000.00 | | 10,000.00 |
| 01/06/14 | Asset #88 | George W. Goodwyn | FFBA for 2014-8005 Brandi Way | 1223-000 | 650.00 | | 10,650.00 |
| 01/06/14 | Asset #88 | Joanne D Zinnert | FFBA for 2014-8004 Brandi Way | 1223-000 | 650.00 | | 11,300.00 |
| 01/08/14 | | To Account #5000853567 | Transfer of FFBA payments for 2014 payments (Goodwyn-8005 Brandi Way & Zinnert-8004 Brandi Way) | 9999-000 | | 1,300.00 | 10,000.00 |
| 01/13/14 | Asset #88 | Marcel Capital I, LLC | Balance of Purchase Price | 1223-000 | 30,000.00 | | 40,000.00 |
| 01/14/14 | | To Account #5000853567 | Transfer of Purchase price from Earnest Money Escrow | 9999-000 | | 35,000.00 | 5,000.00 |
| 01/14/14 | 101 | Choung Chav | Return of Earnest Money Deposit re Sale of FFBA's | 1280-000 | -5,000.00 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 31,300.00 | 31,300.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 31,300.00 |
| **Subtotal** | 31,300.00 | 0.00 |
| Less: Payment to Debtors | 0.00 | 0.00 |
| **NET Receipts / Disbursements** | **$31,300.00** | **$0.00** |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 13

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3566** | 151,633.10 | 264,550.00 | 0.00 |
| **Checking # ******3567** | 36,000.00 | 0.00 | 0.00 |
| **Checking # ******9766** | 31,300.00 | 0.00 | 0.00 |
| **Checking # **********8766** | 34,715.90 | 3,621.18 | 0.00 |
| **Checking # **********8767** | 14,522.18 | 0.00 | 0.00 |
| | $268,171.18 | $268,171.18 | $0.00 |